# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132717

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEMOND ANTHONY HARRIS,
     Defendant-Appellant.

SC: 132717
COA: 270181
Wayne CC: 03-001951-01,
  03-001952-01

_____/

On order of the Court, the application for leave to appeal the November 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

KELLY, J., would grant the application for leave to appeal and remand this case to the trial court for a *Ginther* hearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

d0618